# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00362-CV

**Harvey Leroy Sossamon, III, Appellant**

**v.**

**Brad Livingston, Director of the Texas Department of Criminal Justice, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-08-002020, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On September 21, 2009, we notified appellant Harvey Leroy Sossamon, III that the appellate record in this case did not appear to contain a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, .014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Sossamon's response to this notice fails to demonstrate that a final or otherwise appealable order has been signed by the trial court. Sossamon seeks to appeal from the trial court's order permitting him to take a pre-suit deposition and denying a motion for a protective order filed by the individual to be deposed. *See* Tex. R. Civ. P. 202.1. Specifically, Sossamon wishes to appeal from the following language in the order: "However, Plaintiff [Sossamon] must follow the Texas Rules of Civil Procedure, including the rules regarding costs and fees." A trial court's order stating that the applicable procedural rules shall apply

to a pre-suit deposition is not an appealable interlocutory order.  *See* Tex. Civ. Prac. & Rem. Code

Ann. § 51.014.  No appealable judgment or order appears in the record.  Accordingly, the appeal is

dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   October 15, 2009